ALISSA SAWANO PETERSON, ESQ.
State Bar No. 145042
Law Office of Alissa Sawano Peterson
14252 Culver Drive, Suite A
PMB 546
Irvine, CA 92604
Telephone: (949)786-7030/ (949) 689-4580
Facsimile:  (949)786-7030
Email: aspetersonlaw@cox.net

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-06-00610-RGK-1 |
| Plaintiff, | ORDER |
| v. | |
| ANDREW RUBIN, | |
| Defendant. | |

1

The Court having considered the Unopposed Motion to Unseal and Release Sentencing Transcript to Appellate Counsel of Defendant, ANDREW RUBIN, and good cause appearing therefore, IT IS HEREBY ORDERED:

The transcript of Defendant's sentencing, dated February 26, 2007, shall be unsealed for the limited purpose of releasing the transcript to appellate counsel and for release to the government except for such confidential portion of the proceedings, if any, for which the Assistant United States Attorney was not present.

The transcript shall remain sealed for all other purposes.

Dated: May 13, 2008                     _____
                                        R. GARY KLAUSNER
                                        UNITED STATES DISTRICT COURT JUDGE